IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RON AND VERA ROWLAND, AS SURVIVING PARENTS
AND CO-ADMINISTRATORS OF THE ESTATE OF D.R.,
A MINOR, DECEASED                                                                PLAINTIFFS

V.                                                          CIVIL ACTION NO. 1:11CV183-SA-SAA

GENERAL MOTORS OF CANADA LIMITED, A
CORPORATION; TRW VEHICLE SAFETY SYSTEMS,
INC., A CORPORATION; TRW AUTOMOTIVE
HOLDINGS, CORP., A CORPORATION; TRW
AUTOMOTIVE, INC., A CORPORATION; AND TRW
AUTOMOTIVE U.S. LLC, A CORPORATION                                    DEFENDANTS

ORDER ON MOTION TO DISMISS

Plaintiffs have requested an Order of Dismissal with Prejudice as to the claims against Defendant General Motors of Canada Limited [111]. Accordingly, the Court GRANTS Plaintiff's Motion to Dismiss General Motors of Canada Limited with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED on this, the 4th day of September, 2014.

                                               /s/ Sharion Aycock
                                             **U.S. DISTRICT JUDGE**