IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RON AND VERA ROWLAND, AS SURVIVING PARENTS
AND CO-ADMINISTRATORS OF THE ESTATE OF D.R.,
A MINOR, DECEASED                                                                  PLAINTIFFS

V.                                                              CIVIL ACTION NO. 1:11CV183-SA-DAS

TRW VEHICLE SAFETY SYSTEMS,
INC., A CORPORATION; et al                                                         DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came on to be heard on the joint *ore tenus* motion of all parties to dismiss this case with prejudice, and the Court having been fully advised in the premises and finding that the parties to this litigation have reached a full and compete settlement of all of the claims in this case which the Plaintiffs have alleged or could have alleged, including any claim for attorney fees, costs or expenses, the Court finds the motion is well taken and should be and hereby is granted, and this case be and hereby is dismissed with prejudice with each of the parties bearing their own costs, attorney fees and expenses.

SO ORDERED and ADJUDGED this the 12th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Agreed As to Form & Content:

**WEINSTEIN TIPPETTS & LITTLE LLP**

/s/ David Tippetts
David R. Tippetts
State Bar No. 20065250
Deborah A. Clinebell
State Bar No. 02542790
7500 San Felipe, Suite 500
Houston, Texas 77063

**And**

Cal Mayo, MSB # 8492
MAYO MALLETTE, PLLC
2094 Old Taylor Road
5 University Office Park
Post Office Box 1456
Oxford, Mississippi 38655
**Attorneys for Defendants**


/s/ Mary Leah Miller
Mary Leah Miller (Miss. Bar No. 102838)
Thomas P. Willingham
LAW OFFICES OF THOMAS P. WILLINGHAM, P.C.
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama 35243

**And**

Ronald D. Michael (Miss. Bar No. 3009)
MICHAEL LAW FIRM
1700 North Second Street
Booneville, MS 38829
**Attorneys for Plaintiffs**